IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| RAYMOND HARRIS and<br>VIOLA HARRIS,<br><br>    Plaintiffs,<br><br>vs.<br><br>PNC BANK, NATIONAL ASSOCIATION,<br>formerly known as National City Bank<br>of Indiana, and DIGITAL DRAW<br>NETWORK, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 14-0067-CV-W-ODS |

ORDER DISMISSING DIGITAL DRAW NETWORK, INC. FOR FAILURE TO SERVE

  The Complaint in this case was filed in state court on December 16, 2013 and was removed to this court on January 22, 2014. To date, Defendant Digital Draw Network, Inc. has not been served and time for doing so passed. On May 1, the Court issued an Order to Show Cause, directing Plaintiff to show cause by May 15 why Digital Draw Network should not be dismissed without prejudice for failure to serve. Plaintiff's counsel contacted a member of the Court's staff and advised that Digital Draw Network could be dismissed.

  Accordingly, Digital Draw Network, is dismissed without prejudice for failure to effect service.

IT IS SO ORDERED.

DATE: May 20, 2014

              /s/ Ortrie D. Smith
              ORTRIE D. SMITH, SENIOR JUDGE
              UNITED STATES DISTRICT COURT